**Order entered August 30, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00420-CR

**DERRICK ANTHONY WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. M11-30363-K**

## ORDER

The Court **REINSTATES** the appeal.

On June 20, 2013, we ordered the trial court to make findings regarding why the reporter's record has not been filed. We **ADOPT** the trial court's findings that: (1) appellant is not indigent; (2) appellant has failed to stay in contact with his attorney despite counsel's efforts to contact appellant; and (3) appellant has abandoned the appeal.

We **ORDER** the appeal submitted, without the reporter's record and briefs, as of September 3, 2013, to a panel consisting of Justices Bridges, Fillmore, and Lewis. *See* TEX. R. APP. P. 37.3(c), 38.8(b)(4), 39.1.

/s/     LANA MYERS
JUSTICE